# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JORGE PEREZ,** *a.k.a.* "*Chicago,*" <br><br> Defendant. | **CR 22-60-GF-BMM** <br><br> **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United State' Motion for Preliminary Order of Forfeiture. The Court having read the Motion and being fully advised in the premises finds:

THAT the defendant, Jorge Perez, pled guilty to Count II of the Indictment and admitted the Indictment's forfeiture allegation, which provides a factual basis and cause to issue a forfeiture order forfeiting the U.S. currency and cellular phones described in the Indictment under 21 U.S.C. § 853 and 881.

THAT prior to the disposition of the asset, the United States Marshal's Service, the FBI, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT Perez' interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853:

- U.S. currency in the amount of $6,725;

- Black Motorola Moto E6 cellular phone with blue case;

- Black Samsung, Tracfone, Model SM-134DL;

- Black Samsung phone A03s with black case;

- Black audio recorder;

- Visa Chime debit card with the name of Jorge Perez;

- Purple Motorola cellphone with cracked screen;

- Back Samsung cell phone IMEI 353955219825823;

- Black Samsung cell phone with red case IMEI 350239332016815; and,

- Nokia cell phone belonging to Jorge Perez;

THAT the United States Marshal's Service, FBI, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive

days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 26, United States Code, Section 5872(b), and to make its return to this Court that such action has been completed;

    THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

    DATED this 27th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court