# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 22-60-GF-BMM |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| **JORGE PEREZ** *aka Chicago*, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on October 27, 2022. (Doc. 28).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 29).

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

1

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- U.S. currency in the amount of $6,725;

- A black Motorola Moto E6 cellular phone with blue case;

- A black Samsung, Tracfone, Model SM-134DL;

- A black Samsung phone A03s with black case;

- Black audio recorder;

- Visa Chime debit card with the name of Jorge Perez;

- Purple Motorola cellphone with cracked screen;

- Back Samsung cell phone IMEI 353955219825823;

- Black Samsung cell phone with red case IMEI 350239332016815; and,

- Nokia cell phone belonging to Jorge Perez;

//
//
//

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 9th day of February 2023.

_____
Brian Morris, Chief District Judge
United States District Court